```
         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF GEORGIA
                ATLANTA DIVISION
```

STANLEY KIM,

      Movant,                CIVIL ACTION

  v.                        NO. 1:10-CV-1910-CAP

UNITED STATES OF AMERICA,    CRIMINAL ACTION NO.

      Respondent.        1:07-CR-130-CAP-LTW-2

### O R D E R

After carefully considering the report and recommendation ("R&R") of the magistrate judge [Doc. No. 209], and the objections thereto [Doc. No. 21]0, the court receives the R&R with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 15th day of June, 2011.

                                      /s/ Charles A. Pannell, Jr.
                                      CHARLES A. PANNELL, JR.
                                      United States District Judge